**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

**SECURITIES AND EXCHANGE** :
**COMMISSION,** :
                                        :
                            **Plaintiff,** :          **23 Civ. 7250 (PPK/MMH)**
                                        :
                        **v.** :
                                        :          **CERTIFICATE**
**MICHAEL BLUMER, JOHN KUPRIANCHIK,** :          **OF DEFAULT**
**DAVID PAGE, STEVEN THOMPSON, AND** :
**JOSEPH TODARO,** :
                            **Defendants.** :

------------------------------------------------------------- x

      I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern

District of New York, do hereby certify that defendant Michael Blumer has failed to defend this

action and has failed to file a letter with the court regarding his intention to withdraw his answer,

as ordered by the Court's docket order of July 7, 2025.  The default of defendant Michael

Blumer is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.


Dated:  Brooklyn, New York
      July 28 , 2025


                            BRENNA B. MAHONEY, Clerk of the Court


                        By: *Jalitza Poveda*
                              Deputy Clerk